UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEROY MOORE, et al.,

        Plaintiffs,

   v.

EQUITY RESIDENTIAL
MANAGEMENT, L.L.C.,

        Defendant.

Case No. 16-cv-07204-JCS

**ORDER TO FILE EXHIBITS TO
SETTLEMENT AGREEMENT**

Re: Dkt. No. 124

     The parties have filed a proposed order for the Court to retain jurisdiction to enforce terms of their settlement agreement calling for injunctive relief.  Dkt. 124.  The document as filed does not include the exhibits laying out the injunctive relief for which the parties seek enforcement. The parties are ORDERED to file the exhibits no later than December 2, 2019.  The Court will consider whether to sign the proposed order after the exhibits have been filed.

     **IT IS SO ORDERED.**

Dated: November 25, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge